### FRANCISCO MUNOZ *v.* RICHARD SURFACE CONSTRUCTION COMPANY ET AL.
### (9901)

DUPONT, C. J., NORCOTT and LANDAU, Js.

Argued March 26—decision released April 14, 1992

*Kevin J. Maher,* with whom, on the brief, was *Maureen E. Driscoll,* for the appellant (named defendant et al.).

*Christopher B. Carveth,* for the appellee (plaintiff).

*Robin L. Wilson,* assistant attorney general, with whom were *Robert W. Murphy,* assistant attorney general, and, on the brief, *Richard Blumenthal,* attorney general, and *Charles A. Overend,* assistant attorney general, for the appellee (defendant Second Injury and Compensation Assurance Fund).

PER CURIAM. The judgment is affirmed.